# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ADOLPH RICHARD OTT WRIGHT, | : : : | CIVIL NO.: 3:20-CV-00051 |
| Plaintiff, | : : | |
| v. | : : : : | (Chief Magistrate Judge Schwab) |
| LUZERNE COUNTY, *et al.*, | : : | |
| Defendants. | : | |

## ORDER
February 13, 2020

In consideration of the plaintiff's motion for leave to proceed *in forma pauperis*, IT IS ORDERED that the plaintiff's motion (*doc. 4*) is **GRANTED**. The complaint is now deemed filed. The undersigned Chief Magistrate Judge shall conduct a preliminary review of the plaintiff's complaint.

*S/Susan E. Schwab*
Susan E. Schwab
United States Chief Magistrate Judge