THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ADOLPH RICHARD OTT WRIGHT, | : |
| | : CIVIL ACTION NO. 3:20-CV-51 |
| Plaintiff, | : (JUDGE MARIANI) |
| | : (Magistrate Judge Schwab) |
| v. | : |
| | : |
| PA DEPARTMENT OF CORRECTIONS, | : |
| et al., | : |
| | : |
| Defendants. | : |

ORDER

**AND NOW, THIS 1ST DAY OF FEBRUARY 2021**, upon review of Magistrate Judge Susan E. Schwab's January 14, 2021, Report and Recommendation ("R&R") (Doc. 15) for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT**:

1. The R&R (Doc. 15) is **ADOPTED** for the reasons set forth therein;

2. Plaintiff's Complaint (Doc. 1) is **DISMISSED WITHOUT PREJUDICE**;

3. Because Magistrate Judge Schwab recommended that Plaintiff be allowed to file an amended complaint (Doc. 15 at 7) and he filed the Amended Complaint (Doc. 18) on January 28, 2021, this matter is **REMANDED** to Magistrate Judge Schwab for further consideration;

4. Because Plaintiff has filed an Amended Complaint (Doc. 15), his Motion to Extent [sic] the Time to Amend the Complaint (Doc. 16) is **DEEMED MOOT**;

5. Plaintiff's Motion to Grant Access (Doc. 17) with which he requests that the Court grant him access to Court's electronic filing system without cost is **DENIED**.

                                                ___s/ Robert D. Mariani_____
                                                Robert D. Mariani
                                                United States District Judge